R. M. AUDAS v. STATE.

No. A-2147. Opinion Filed July 21, 1917.

(166 Pac. 449.)

*Appeal from County Court, Harmon County;*

*E. C. Abernathy, Judge.*

R. M. Audas was convicted of torturing and killing an animal, and he brings error. Dismissed.

*A. M. Stewart* and *Charles L. Moore,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, R. M. Audas, was convicted in the county court of Harmon county on a charge of torturing and killing an animal, and his punishment fixed at a fine of $50.

The Attorney General has filed a motion to dismiss the appeal on the ground that the plaintiff in error has become a nonresident of the State of Oklahoma and is not now amenable to the order of this court. The motion is conceded by counsel for plaintiff in error. In addition, the motion is supported by an affidavit of a resident of the county in which the conviction occurred.

We find, therefore, that the motion should be sustained, and the appeal dismissed. It is so ordered.

FRED CAMERON *et al.* v. STATE.

No. A-2734. Opinion Filed July 28, 1917.

Rehearing denied September 25, 1917.

(167 Pac. 341.)

*Appeal from County Court, Oklahoma County;*

*Wm. H. Zwick, Judge.*

Fred Cameron and Frank Pence were convicted of maintaining a liquor nuisance, and appeal. Affirmed.

*Ledrue Guthrie,* for plaintiffs in error.

*S. P. Freeling,* Atty. Gen., and *R. McMillan,* Asst. Atty. Gen., for State.

PER CURIAM. Fred Cameron and Frank Pence were jointly tried in the county court of Oklahoma county for maintaining a public nuisance, where intoxicating liquors were possessed and kept for sale, and where people congregated for the purpose of drinking the same, at No. 205 and No. 205½ North Broadway, in Oklahoma City, Oklahoma county, Okla., from the 1st day of November, 1913, up until the 1st day of July, 1915. They were each sentenced to serve a term of six months in the county jail, and to pay a fine of $500.

This is a companion case to No. A-2733, against these same parties, this day decided by the court. *Ante,* p. 692, 167 Pac. 339. In this case the parties were prosecuted for maintaining a public nuisance at a different location from that described in No. A-2733, and during a different period of time. The legal questions involved are all decided adversely to the contention of these plaintiffs in error in case No. A-2733. The evidence in this case to sustain the conviction is equally as strong, if not stronger, than that adduced by the state in No. A-2733.

After a careful examination of the record, the court finds no error sufficient to reverse the judgment, and the same is affirmed.